JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant COLINDRES-ERAZO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YASIEL COLINDRES-ERAZO,<br>Defendant. | **Case No.:** 26-CR-00563-TLT<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO REVOKE RELEASE ORDERS** |

Mr. Colindres-Erazo is scheduled to appear for an Arraignment on an Information on November 19, 2026. The parties have come to an agreement to resolve this matter before District Judge Trina L. Thompson on December 4, 2026. Part of the agreement requires Mr. Colindres-Erazo to return to custody of the United States Marshal Service to commence serving his anticipated term of incarceration. Accordingly, the parties stipulate that by the authority granted to the Court by Federal Rule of Criminal Procedure Rule 46 and 18 U.S.C. § 3142 (a)(4) and (c)(3), the Order of Release (Dkt. 10) and Order Setting Conditions of Release and Bond (Dkt.

11) are hereby revoked. Mr. Colindres-Erazo is hereby remanded to the custody of the United States Marshal Service effective immediately.

IT IS SO STIPULATED.

November 19, 2026
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S
JEFFREY BORNSTEIN
Assistant United States Attorney

November 19, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

November 19, 2026
Dated

ALEX G. TSE
United States Magistrate Judge